# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

THOMAS REED,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C11-5922-MJP-BAT

**REPORT AND RECOMMENDATION**

Thomas Reed filed an action seeking review of the denial of Social Security benefits on November 9, 2011. Dkt. 1. On March 9, 2011, he moved to remand the matter under sentence six of 42 U.S.C. §405(g). Dkt. 18. Mr. Reed contends the matter should be remanded because the Appeals Council did not acknowledge receiving or considering Labor and Industry records he submitted in seeking review of the Administrative Law Judge's decision. On April 13, 2012, the Commissioner filed a response stipulating to Mr. Reed's sentence six remand motion. Dkt. 23.

Having reviewed the parties' pleadings, the Court recommends:

(1)     The motion to remand under sentence six (Dkt. 18) be **GRANTED**.

(2)     On remand, the Commissioner shall supplement the record with the additional

REPORT AND RECOMMENDATION - 1

Labor and Industry records and letters that Mr. Reed submitted in this cause (docket entries 14, 15, 16, 21, 22), reconsider his previous final decision, and issue a new decision.

(3) This Court will retain jurisdiction over the action pending further administrative development of the record. *See Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991).

(4) Plaintiff's previously filed Motion to Supplement the Record 9Dkt. 14) be **DENIED** as moot.

As the parties stipulate to remand, the Court recommends that if this recommendation is adopted, it be approved immediately. A proposed order accompanies this Report and Recommendation.

DATED this 17th day of April, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2