UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS REED,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>            Defendant. | Case No. C11-5922-MJP<br><br>**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The Court, after careful consideration of plaintiff's complaint and plaintiff's motion to remand (Dkt. 18), the defendant's response (Dkt. 23), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion to remand (Dkt. 18) is **GRANTED**. This matter is **REMANDED** for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

(3) This Court will retain jurisdiction over the case pursuant to 42 U.S.C. § 405(g).

///

///

ORDER REVERSING AND REMANDING CASE FOR
FURTHER ADMINISTRATIVE PROCEEDINGS - 1

(4)   Plaintiff's motion to supplement the record (Dkt. 14 ) is **DENIED** as moot.

DATED this 22 day of April, 2012.

MARSHA J. PECHMAN
Chief United States District Judge

ORDER REVERSING AND REMANDING CASE FOR
FURTHER ADMINISTRATIVE PROCEEDINGS  - 2